20TH JUDICIAL DISTRICT COURT FOR THE PARISH OF WEST FELICIANA

STATE OF LOUISIANA

NUMBER: _22364_      DIVISION "A"

RITA POUNDS JACOBS

VERSUS

FRED'S SUPER DOLLAR STORE aka FRED'S INC. aka FRED'S STORES OF
TENNESSEE AND ABC INSURANCE

FILED: _MAR 0 9 2015_

_~~~~~~~~~~~~~~~~~_
DEPUTY CLERK

PETITION FOR DAMAGES

NOW INTO COURT COMES,

RITA POUNDS JACOBS ("Jacobs"), a person of full legal age and majority
domiciled in the Parish of St. Tammany who represents;

I.

Made Defendants herein are:

    A.    FRED'S SUPER DOLLAR STORE aka FRED'S INC. aka FRED'S
    STORES OF TENNESSEE ("Fred's") a foreign entity licensed and doing in
    the parish of West Feliciana, State of Louisiana.

    B.    ABC INSURANCE COMPANY, a foreign insurance company
    authorized to do and doing business in the State of Louisiana, with the
    Secretary of State of the State of Louisiana as its agent upon whom citation
    and service are to be made;

II.

On or about January 3, 2015, Jacobs entered Fred's located at 7130 US Highway 60,
St. Francisville, Louisiana to purchase goods.

III.

Upon entering the grocery store Jacobs proceeded to retrieve items located in the
dry food section, specifically, Peter Pan peanut butter.

1



### IV.

As **Jacobs** was reaching for the peanut butter, suddenly and without warning, the stack of peanut butter fell, striking **Jacobs** in the head and face.

### V.

As a result, **Jacobs** sustained personal injuries which included soreness to her eyes, nose, both face cheeks, head and brain.

### VI.

As a result of the incident, **Jacobs** proceeded to St. Tammany Parish Hospital where she was forced to undergo medical treatment. Specifically, she was recommended to see a neurologist for injuries sustained to her head and treated for a broken nose.

### VII.

**Jacobs** has also suffered special damages in the form of medical expenses incurred as a result if the accident and will continue to incur medical expenses as a result of the accident, all of which she is entitled to recover from defendants.

### VIII.

Upon information and belief, **Fred's** employees were negligent in improperly stacking shelves of peanut butter, causing them to fall striking **Jacobs** in the head and is therefore responsible for the plaintiff's injuries. In the alternative, **Fred's** employees were negligent for not recognizing a hazzard, created by others, in a reasonable amount of time.

### IX.

At the time of accident, **Fred's** was and is vicariously liable for the negligent acts of its employees under *respondiat superior*.

### X.

At the time of the incident in question, **ABC** had liability insurance policy, which had been sold and delivered by defendant, **Fred's**, which policy was then in full force and effect by virtue of the payment of premiums and otherwise.

### XI.

Also as a result of the faults set forth above petitioner, **Jacobs** sustained the following, non-exclusive injuries:

2

1. Past, present and future physical and emotional pain and suffering;
2. Past present and future medical expenses;
3. Possible permanent disability
4. Loss of enjoyment of life;
5. Diminution of earning capacity;
6. Economic loss and past wages; and
7. Other damages which will be prove at trial on the merits.

### XII.

Defendants are liable to plaintiff under the general negligence theory, La. R.S. 9:2800.6, for improperly stocking and/or because defendants knew or should have known of the improperly stacked peanut butter in **Fred's** located at 7130 US Highway 60, St. Francisville, East Feliciana Parish, Louisiana, either by other customers, employees, or maintenance and/or janitorial crews, which caused an unreasonable risk of injury that was reasonably foreseeable and was the cause in fact of the severe injuries sustained by **Jacobs**.

### XIII.

Petitioner, is therefore entitled to recover damages for the items set forth above in such amounts as are reasonable in the premises.

**WHEREFORE**, considering the foregoing petition, and after due proceedings had, plaintiff, **Rita Pounds Jacobs**, prays to this Court to find on the trial of the merits that the defendants are liable for strict liability, and /or La. R.S. 9:2800.6, and / or negligence, for all proven damages and injuries due to provide a reasonably safe work place for customers herein;

Petitioner prays:

1. That certified copies of this petition, together with citation, be issued and served according to law on the defendants;

    (a) **FRED'S SUPER DOLLAR STORE aka FRED'S INC. aka FRED'S STORES OF TENNESSEE**, 4300 New Gatewell Road., Memphis, TN 38118;

    (b) **ABC INSURANCE COMPANY, please hold service at this time.**

2.  After the lapse of all legal delays and proceedings and, there be judgment against Defendants, in *solido*, in favor of Petitioners, in such amounts as are reasonable in the premises.

3.  For legal interest from date of judicial demand on all amounts awarded, and for all cost of these proceedings; and

4.  For all necessary orders and decrees as may be required or er in the premises and for full, general and equitable relief.

Respectfully Submitted:

TIMOTHY F. UPTON, #27154
THE UPTON LAW FIRM, L.L.C.
304 East Boston Street
Covington, Louisiana 70433
Telephone: (985) 624-7777
Facsimile: (985) 624-7788
ATTORNEY FOR
RITA POUND JACOBS

PLEASE SERVE DEFENDANTS:

FRED'S SUPER DOLLAR STORE aka FRED'S INC. aka FRED'S STORES OF TENNESSEE
4300 New Gatewell Road.
Memphis, TN 38118;
PLEASE PREPARE A CERTIFIED COPY OF THE PETITION FOR DAMAGES, SO THAT I MAY SERVE ON DEFENDANT VIA ART. 1313

ABC INSURANCE COMPANY, please hold service at this time

CERTIFIED
TRUE COPY

MAR 09 2015

by: Clerk of Court

4

20TH JUDICIAL DISTRICT COURT FOR THE PARISH OF WEST FELICIANA

STATE OF LOUISIANA

NUMBER: _22364_        DIVISION "A"

RITA POUNDS JACOBS

VERSUS

FRED'S SUPER DOLLAR STORE aka FRED'S INC. aka FRED'S STORES OF TENNESSEE
FILED: MAR 0 9 2015        AND ABC INSURANCE

*Margaret Coco*
DEPUTY CLERK

REQUEST FOR WRITTEN NOTICE OF ASSIGNMENT AND
WRITTEN NOTICE OF ANY ORDER OF JUDGMENT MADE OR RENDERED

To:    20TH Judicial District Court
       East Feliciana Parish, Louisiana

YOU ARE HEREBY requested to send to us as Attorney of Record in the above captioned case, written notice by mail ten (10) days in advance of any date fixed for any trial or hearing in this case of any kind whatsoever, in accordance with Articles 1571 and 1572, Louisiana Code of Civil Procedure.

YOU ARE FURTHER requested to notify us of any Judgment, Order, Minute Entry of this Court rendered in this case immediately in accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure.

SPECIAL NOTICE is further requested of any orders setting security for cost, orders requiring the posting of any bond before a set date, especially in regard to a jury trial or any other actions such as the filing of pleadings or bonds or other things which would institute the running of any delays within which file pleadings, bonds or any other thing into the record of this case.

Respectfully Submitted:

TIMOTHY F. UPTON, #27154
THE UPTON LAW FIRM, L.L.C.
304 East Boston Street
Covington, Louisiana 70433
Telephone: (985) 624-7777
Facsimile: (985) 624-7788
ATTORNEY FOR        CERTIFIED
RITA POUND JACOBS  TRUE COPY

MAR 09 2015

*Margaret Coco*
Dy. Clerk of Court

5

04/15/2015 10:58 FAX   2256353770          Clerk of Court                    ☑001/004

Page 1/1  CIVIL, 00022364, Transaction Date: 03/09/2015

## CITATION PURSUANT TO THE PROVISIONS OF LSA R.S. 13:3201 ET SEQ.

| | | |
|---|---|---|
| **RITA POUNDS JACOBS** | | Case: 22364 |
| | | Division: A |
| Vs. |  | 20ᵗʰ Judicial District Court |
| | | Parish of West Feliciana |
| **FRED'S SUPER DOLLAR STORE AKA FRED'S INC** | | State of Louisiana |
| **AKA FRED'S STORES OF TENNESSEE, ET AL** | | |

To:  *FRED'S SUPER DOLLAR STORE AKA FRED'S INC. AKA FRED'S STORES OF TENNESSEE*
   *4300 NEW GATEWELL RD*
   *MEMPHIS, TN 38118*

**YOU ARE HEREBY SUMMONED** to comply with the demand of the plaintiff's petition, a true and faithful copy whereof accompanies this citation, or to make an appearance by filing an answer or other pleading thereto, in writing, with the Clerk of Court at her office in the town of St. Francisville, Louisiana, within **thirty (30)** days after the filing in the record of the affidavit of the individual who either:

(a)    mailed the process to the defendant, showing that it was enclosed in an envelope properly addressed to the defendant, with sufficient postage affixed, and the date it was deposited in the United States mails, to which shall be attached the return receipt of the defendant; or

(b)    actually delivered the process to the defendant, showing the date, place and manner of Delivery under penalty of default.

Witness my Official Hand and Seal of Office at St. Francisville, Louisiana this 9ᵀᴴ day of **MARCH**, 2015.

Felicia Ann Hendl
Clerk of Court

*Margaret Coco*
Deputy Clerk of Court for Felicia Ann Hendl, Clerk of Court

*Also attached are the following documents:*
*Interrogatories*
*Request for Production of Documents*

*Attorney:*
**TIMOTHY F. UPTON**
**304 E BOSTON ST**
**COVINGTON LA 70433**

MAILING ADDRESS: Post Office Box 1843, St. Francisville, LA 70775

[ FILED COPY ]

Form 0002

Page 1/1   CIVIL, 00022364, Transaction Date: 03/26/2015

# THE UPTON LAW FIRM

*A Limited Liability Company*
304 East Boston Street
Covington, Louisiana 70433
tim@theuptonlawfirm.com

Timothy F. Upton, Attorney
Patricia C. Upton, Attorney
Christine B. Kerry, Paralegal

Telephone:
(985) 624-7777
Facsimile:
(985) 624-7788

March 23, 2015

Clerk of Court
20th JDC
West Feliciana Parish
P. O. Box 1843
St. Francisville, LA 70775

**FILED**

MAR 2 6 2015

Dy. Clerk of Court

Re:    Rita Jacobs v. Fred's Super Dollar Store aka Fred's Inc. aka Fred's Stores of
       Tennessee, et al
       20th JDC, No. 22364, Div. "A."
       Our File: RJ4317

Dear Sir or Madame:

   Enclosed please find an Affidavit of Service with exhibits to be filed in the above captioned matter. Also enclosed, please find one to be clocked and returned to my office in the self-addressed envelope provided.

   Should you have any further questions, please contact my office. Thank you for your assistance.

Sincerely,

Christine B. Kerry
Paralegal to Timothy F. Upton, Esq.

CBK/adk
enclosure

Page 1/1   CIVIL, 00022364, Transaction Date: 03/26/2015

20ᵀᴴ JUDICIAL DISTRICT COURT FOR THE PARISH OF WEST FELICIANA

STATE OF LOUISIANA

NUMBER: 22364                                        DIVISION " A "

RITA POUNDS JACOBS

VERSUS

FRED'S SUPER DOLLAR STORE aka FRED'S INC. aka FRED'S STORES OF TENNESSEE
AND ABC INSURANCE

FILED: **MAR 2 6 2015**                        _____
                                                DEPUTY CLERK

## AFFIDAVIT OF SERVICE

**BEFORE ME**, the undersigned Notary, duly commissioned in and for the Parish of St.

Tammany, State of Louisiana, personally came and appeared:

### MADISON L. BORDELON

who, being duly sworn, did depose and say:

That she is the Legal Secretary to **TIMOTHY F. UPTON**, Attorney for **RITA POUNDS**

**JACOBS** in the matter of Rita Jacobs v. Fred's Super Dollar Store aka Fred's Inc. aka Fred's Stores

of Tennessee, et al, 20ᵗʰ Judicial District Court for the Parish of West Feliciana, No. 22364, "A." That

she obtained source information of a current address for the defendant of 4300 New Gatewell

Road, Memphis, Tennessee; that she successfully attempted long arm service to the defendant at

that address; that service for a representative of Fred's and was received on March 19, 2015 as

exhibited by the attached receipt.

_____
MADISON L. BORDELON, Legal Secretary
to TIMOTHY F. UPTON Attorney for RITA
POUNDS JACOBS

SWORN TO AND SUBSCRIBED before me, Notary, this 23ʳᵈ day of March 2015.

_____
NOTARY PUBLIC
CHRISTINE BRAI KERRY, #86379
MY COMMISSION EXPIRES WITH LIFE

Page 1/1   CIVIL, 00022364, Transaction Date: 03/26/2015

USPS.com® - USPS Tracking™                                                    Page 1 of 2

English        Customer Service     USPS Mobile                                Register / Sign In

# ≣USPS.COM

## USPS Tracking™

Customer Service ›
Have questions? We're here to help.

Tracking Number: 70111570000199888133

## Product & Tracking Information

| Postal Product: | Extra Svc:<br>Certified Mail™ | | Available Actions |
|---|---|---|---|
| | | | Text Updates |
| **DATE & TIME** | **STATUS OF ITEM** | **LOCATION** | Email Updates |
| March 19, 2015 , 10:24 am | Delivered | MEMPHIS, TN 38118 | Return Receipt After Mailing |

Your item was delivered at 10:24 am on March 19, 2015 in MEMPHIS, TN 38118

| March 18, 2015 , 11:00 pm | Departed USPS Facility | MEMPHIS, TN 38101 |
|---|---|---|
| March 18, 2015 , 9:02 am | Arrived at USPS Facility | MEMPHIS, TN 38101 |
| March 17, 2015 , 3:04 am | Departed USPS Facility | NEW ORLEANS, LA 70113 |
| March 16, 2015 , 9:33 pm | Arrived at USPS Facility | NEW ORLEANS, LA 70113 |

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Fred's
4300 new Chalwell rd
Muphis TN
38118

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   □ Agent
                     □ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
☒ Certified Mail®    □ Priority Mail Express™
□ Registered         □ Return Receipt for Merchandise
□ Insured Mail        □ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    □ Yes

2. Article Number    7011 1570 0001 9988 8133
(Transfer from service label)

PS Form 3811, July 2013        Domestic Return Receipt

Search or Enter a Tracking Number

https://tools.usps.com/go/TrackConfirmAction.action?tRef=ful page&tLc=1&text28777=...   3/23/2015