

# JONES WALKER

8555 UNITED PLAZA BOULEVARD
BATON ROUGE, LOUISIANA 70809-7000
225-248-2000
FAX 225-248-2010
www.joneswalker.com

C. Parker Kilgore
Not admitted in Alabama
Direct Dial: 225-248-2181
Direct Fax: 225-248-3181
pkilgore@joneswalker.com

April 15, 2015

Via Facsimile: 225-635-3770
and Via U.S. Mail:
Clerk of Court
Parish of West Feliciana
4785 Prosperity St.
St. Francisville, LA 70775

      Re:   *Rita Pounds Jacobs v. Fred's Super Dollar Store, et al*;
             Docket No. 22,364 Div. A
             20th Judicial District Court, West Feliciana Parish, State of Louisiana

Dear Clerk:

Enclosed is an original and one copy of a Notice to State Court of filing of Notice of Removal. Please file the original into the record. Please stamp the extra copy of the Notice with the date filed and return same to me in the enclosed and self-addressed envelope. Enclosed is our firm check to cover the cost of filing fees.

If you have any questions, please do not hesitate to contact me.

                                 Sincerely,

                                 C. Parker Kilgore

CPK/ss
Enclosures
cc:   Mr. Timothy F. Upton (w/encl.)



{B1019124.1}

JONES WALKER LLP

ALABAMA ⁎ ARIZONA ⁎ CALIFORNIA ⁎ DISTRICT OF COLUMBIA ⁎ FLORIDA ⁎ GEORGIA ⁎ LOUISIANA ⁎ MISSISSIPPI ⁎ NEW YORK ⁎ OHIO ⁎ TEXAS

| | |
|---|---|
| RITA POUNDS JACOBS | NUMBER 22,364 DIV. A |
| | 20TH JUDICIAL DISTRICT COURT |
| VERSUS | PARISH OF WEST FELICIANA |
| FRED'S SUPER DOLLAR STORE, ET AL | STATE OF LOUISIANA |

**NOTICE TO STATE COURT OF FILING OF NOTICE OF REMOVAL**

TO: **Clerk of Court**
**20th Judicial District Court, Parish of West Feliciana**

**PLEASE TAKE NOTICE** that defendant, Fred's Stores of Tennessee, Inc. has this 15th day of April, 2015 filed a Notice of Removal, a copy of which is attached hereto, in the office of the Clerk of the United States District Court for the Middle District of Louisiana.

By Attorneys:

_____
C. Parker Kilgore (La. Bar No. 31219)
JONES WALKER, L.L.P.
Four United Plaza, Fifth Floor
8555 United Plaza Boulevard
Baton Rouge, Louisiana 70809-7000
Telephone: (225) 248-2000
Fax: (225) 248-3000
pkilgore@joneswalker.com

*Attorneys for Fred's Stores of Tennessee*

**CERTIFICATE**

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record, by hand delivery, by facsimile transmission, by overnight delivery, or by depositing same in the United States mail, postage prepaid and properly addressed this 15th day of April, 2015.

_____
C. Parker Kilgore