UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **RITA POUNDS JACOBS** | **CIVIL ACTION NO. 3:15-cv-00234** |
| **VERSUS** | **JUDGE: BRIAN A. JACKSON** |
| **FRED'S STORES OF TENNESSEE, INC.** | **MAGISTRATE:<br>RICHARD L. BOURGEOIS, JR** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO REMAND

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff **RITA POUNDS JACOBS,** who moves this Honorable Court to remand this action pursuant to 28 U.S.C. § 1441 and 1046, to State Court, the 20th Judicial District Court for the Parish of East Feliciana Parish, State of Louisiana, where it was originally filed.

The state law cause of action alleged by plaintiff is not within the Honorable Court's removal Jurisdiction.

Costs to be taxed against defendants.

1

Respectfully Submitted,

**S"/Timothy F. Upton**
Upton Law Firm, L.L.C.
Timothy F. Upton, (Bar #27154)
304 East Boston
Covington, Louisiana 70433
Telephone: (985) 624-7777
Facsimile: (985) 624-7788

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **RITA POUNDS JACOBS** | **CIVIL ACTION NO. 3:15-cv-00234** |
| **VERSUS** | **JUDGE: BRIAN A. JACKSON** |
| **FRED'S STORES OF TENNESSEE, INC.** | **MAGISTRATE:** **RICHARD L. BOURGEOIS, JR** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on the 30th day of April 2015, I electronically filed the foregoing Motion to Remand the Clerk of Court by using the CM/ECF which will send a notice of electronic filing to all counsel.

s/ Timothy F. Upton
Timothy F. Upton
