UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RITA POUND JACOBS                                   CIVIL ACTION

VERSUS

FRED'S SUPER DOLLAR STORE
a/k/a FRED'S STORES OF
TENNESSEE a/k/a FRED'S INC.               NO.: 15-00234-BAJ-RLB

## RULING AND ORDER

Before the Court is Plaintiff Rita Pound Jacobs's **Motion to Remand (Doc. 4)**, seeking to remand the above-captioned matter to the 20th Judicial District Court of West Feliciana Parish, Louisiana for the failure of the removing party, Defendant Fred's Super Dollar Store,[1] to meet its burden of proving the requisite amount in controversy in order to establish the subject matter jurisdiction of this Court pursuant to 28 U.S.C. § 1332. Defendant timely filed an opposition to the motion to remand. (*See* Doc. 5).

The Magistrate Judge issued a **Report and Recommendation (Doc. 7)**, finding that Defendant has not met its burden of proving the $75,000 amount in controversy requirement to be satisfied and, thus, recommending remand to state court. No objections were filed in response to the Magistrate Judge's Report, and the period for objections has now expired.

---

[1] Absent a motion filed in the record to correct the caption or party name, the Court refers to Defendant by the name set forth in the initial state court petition.

1

20th JDC - certified

Having carefully considered Plaintiff's **Motion to Remand (Doc. 4)** and Defendant's opposition, the Court **APPROVES** the Magistrate Judge's **Report and Recommendation (Doc. 7)** and **ADOPTS** it as the Court's opinion in this matter.

Accordingly, for the reasons explained in the Magistrate Judge's Report,

**IT IS ORDERED** that Plaintiff Rita Pound Jacobs's **Motion to Remand (Doc. 4)** is **GRANTED**.

**IT IS FURTHER ORDERED** that the above-captioned matter is **REMANDED** to the 20th Judicial District Court of West Feliciana Parish, Louisiana, the parties to bear their own costs in bringing and opposing the motion.

Baton Rouge, Louisiana, this 27th day of July, 2015.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**